Order Filed on June 4, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for The Money Source Inc.* | |
| In re:<br><br>Monique S. Johnson<br><br>           Debtor. | Chapter 13<br><br>Case No. 18-22828-ABA<br><br>Judge Andrew B. Altenburg, Jr. |

**CONSENT ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: June 4, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor:         Monique S. Johnson
Case No.:       18-22828-ABA
Caption of Order: **CONSENT ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY**

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay and Co-Debtor Stay ("Motion") filed by The Money Source Inc. ("Creditor"), and whereas the Debtor and Creditor are in agreement, it is hereby **ORDERED**:

1. The *Consent Order Resolving Motion to Vacate Automatic Stay and Co-Debtor Stay* (Doc. No. 27) is vacated upon entry of this Order.

2. That automatic stay provided under 11 U.S.C. §362(a) and co-debtor stay provided under 11 U.S.C. §1301 are vacated to permit Creditor to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Creditor's rights in the following property: **303 Cherrywood Drive, Clementon, New Jersey 08021 (**"Property").

3. Creditor, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the Property to sheriff's sale. Additionally, any purchaser of the Property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

4. Creditor may join the Debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

**STIPULATED AND AGREED**:

*/s/ Thomas G. Egner*                        */s/Gavin N. Stewart, Esq.*
Thomas G. Egner, Esq.                        Gavin N. Stewart, Esq.
McDowell Law, PC                             Stewart Legal Group, P.L.
46 West Main Street                          401 East Jackson Street, Suite 2340

Maple Shade, NJ 08052
*Counsel to Debtor*

Tampa, FL 33602
*Counsel to Creditor*